William Fernando **BEARD**, Plaintiff—Appellant,

v.

Dorthy **TUELL**, Manager; Helen F. Fahey, Chairwoman; David N. Harker; Carol Ann Sievers, Defendants—Appellees,

**and**

Department of Corrections; Virginia Parole Board, Defendants.

No. 05–7476.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Feb. 3, 2006.

William Fernando Beard, Appellant Pro Se. Richard Carson Vorhis, Office of The Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

William Fernando Beard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no re-

versible error. Accordingly, we affirm for the reasons stated by the district court. *See Beard v. Tuell,* No. CA–04–764–2 (E.D.Va. Aug. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*